March 13, 2023

John M. Schum
Hawai'i Bar Association Number 8525
P.O. Box 1241
Honolulu, HI 96807

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 14, 2023, 2:38 pm
Lucy Carrillo, Clerk of Court
```

U.S. District Court, District of Hawaii
The Honorable Derrick K. Watson, Chief United States District Judge
300 Ala Moana Boulevard, Room C-388
Honolulu, Hawaii 96850

RE:  23-MC-00074-DKW-WRP

Dear Chief Judge Watson:

This letter is in response to the Court's Order To Show Cause of March 2, 2023. It is my intent to petition the Court not to impose reciprocal discipline under Local Rules 83.4(b).

The petition will focus on my belief, that based on the unique circumstances and facts involving my suspension in California, "the conduct warrants a substantially different discipline than applied elsewhere." I respectfully welcome the opportunity to present my information to the district judge assigned to this matter and will comply with any informational or evidentiary request.

Respectfully submitted,

*/s/ John Schum*

John Schum